UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 25-CR-00196 CRB |
| Plaintiff, | )<br>) | [~~PROPOSED~~] **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| v. | )<br>) | |
| VICTOR ANTHONY MASON JR., | )<br>) | |
| Defendant. | )<br>) | |
| | ) | |

On March 23, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- One 380 auto caliber Ruger Model LCP semiautomatic pistol bearing serial number 372-80353, seized on July 6, 2025; and,

- seven rounds of 380 auto caliber ammunition, seized on July 6, 2025.

pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

[~~PROPOSED~~] FINAL ORDER OF FORFEITURE
CR 25-00196 CRB                                        1

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed for the above property.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED.

Dated:  May 28, 2026

_____
CHARLES R. BREYER
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 25-00196 CRB                                    2